**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 16-50969 |
| Bobby Barber | Chapter 13 |
| Debtor | Judge Gregory R. Schaaf |

**ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO PROPERTY KNOWN AS 260 KENLOCK DR, LEXINGTON, KY 40517**

For good cause shown, BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Movant") Motion for Relief from Stay is hereby granted.

The Court finds that the Movant filed a motion that requested Relief from Stay as it relates to the property described as 260 KENLOCK DR, LEXINGTON, KY 40517 (the "Property).

The Court further finds that an Agreed Order on Motion for Relief from Stay was entered on June 3, 2020. The Agreed Order stated that the Debtor was to continue making the ongoing monthly payments. The Agreed Order further stated that if the Debtor should fail to make the payments that the Movant shall give ten (10) days notice to the Debtor and her Counsel regarding the further default and at the expiration of those ten (10) days, the Movant shall file an affidavit attesting to the default under the terms of the Agreed Order and upon such submission, the Court shall enter an order, without hearing, providing Movant with relief from stay.

The Court finding that the Movant issued the ten (10) day letter and providing sufficient time for a response and reviewing the affidavit filed by the Movant, with a copy of the ten (10) day letter attached, filed on November 6, 2020 and the Court having determined that

continuation of the automatic stay against Movant would deny the adequate protection afforded to it on its security interest;

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay as to Movant is hereby granted.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its lien interest, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

The stay shall remain terminated in the event the Debtor converts to a different chapter until the Bankruptcy Code.

This is a final and appealable order.

**IT IS SO ORDERED.**

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Ronald E Butler, Debtor's Counsel
HB40507@aol.com

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

Bobby Barber, Debtor
4029 Forsythe Drive
Lexington, KY 40514

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, January 5, 2021**
(grs)